UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEVERLY ADKINS,

    Plaintiff,

v.                                        Case No:   2:16-cv-617-FtM-38MRM

JIMMY JOHN'S OF ESTERO, INC.,

    Defendant.
_____/

### **OPINION AND ORDER**[1]

    This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation filed on March 15, 2017.  (Doc. 32).  Judge McCoy recommends denying the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice (Doc. 31) because the inclusion of a Mutual General Release in the proposed Settlement Agreement (Doc. 31-1) precludes a finding of fairness and reasonableness of this wage and hour dispute.  (Doc. 32).  Because neither party objects to the Report and Recommendation, this matter is ripe for review.

    A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidenced or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file carefully and independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 32) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice (Doc. 31) is **DENIED without prejudice**.

3. The parties are **DIRECTED** to elect one of the following options no later than **April 28, 2017**:

    a. File an amended joint motion to approve a settlement agreement that adequately addresses the issues identified in the Report and Recommendation; or

    b. File a Case Management Report so this case may proceed.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of March, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record