UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BEVERLY ADKINS,

       Plaintiff,

v.                                     Case No: 2:16-cv-617-FtM-38MRM

JIMMY JOHN'S OF ESTERO, INC.,

       Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 35). Judge McCoy recommends granting the parties' Joint Amended Motion to Approve Settlement Agreement (Doc. 34) and approving the Settlement Agreement (Doc. 34-1) as a "fair and reasonable resolution of a *bona fide* dispute" of the Fair Labor Standards Act claims. Neither party objects to the Report and Recommendation. (Doc. 36).

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidenced or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file carefully and independently, and upon considering Judge McCoy's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 35) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The Joint Amended Motion to Approve Settlement Agreement and to Dismiss with Prejudice (Doc. 34) is **GRANTED**. This action is **DISMISSED with prejudice**.

3. The Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of April, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record